1 QUIN DENVIR, Bar #49374
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

6 Attorney for Defendant
KENNETH CRAIG MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-04-0152 GEB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER AMENDING** |
| v. ) | **SCHEDULE FOR BRIEFING AND HEARING** |
| ) | **ON MOTIONS** |
| KENNETH CRAIG MARTIN, ) | |
| ) | |
| Defendant. ) | Date:  June 10, 2005 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kenneth Craig Martin, through their respective attorneys, that hearing on defendant's motions to suppress evidence may be continued from June 10 to July 1, 2005, at 9:00 a.m.  This continuance is needed in order to afford counsel for the defense sufficient time to file a reply brief to the government's opposition.

/////

/////

/////

1  The parties recognize that time under the Speedy Trial Act continues
2  to be automatically excluded pursuant to 18 U.S.C. § 3161(h)(1)(F)
3  (automatic exclusion after motion is filed).
4
5                                      Respectfully submitted,
6                                      QUIN DENVIR
                                       Federal Defender
7
8  Dated:  June 9, 2005                /s/ T. Zindel
                                       TIMOTHY ZINDEL
9                                      Assistant Federal Defender
                                       Attorney for KENNETH CRAIG MARTIN
10
11                                     McGREGOR SCOTT
                                       United States Attorney
12
13 Dated:  June 9, 2005                /s/ T. Zindel for L. Ferris
                                       LAURA FERRIS
14                                     Assistant U.S. Attorney
15
16                              **O R D E R**
17  Hearing on defendant's motions is continued to July 1, 2005, at 9:00
18 a.m.
19  IT IS SO ORDERED.
20 Dated:  June 9, 2005
21
                                       /s/ Garland E. Burrell, Jr.
22                                     GARLAND E. BURRELL, JR.
                                       United States District Judge
23
24
25
26
27
28

Briefing Stipulation                2