QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENNETH CRAIG MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-04-0152 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER AMENDING** |
| v. | ) | **SCHEDULE FOR BRIEFING AND HEARING** |
| | ) | **ON MOTIONS** |
| KENNETH CRAIG MARTIN, | ) | |
| | ) | |
| Defendant. | ) | Date: July 1, 2005 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kenneth Craig Martin, through their respective attorneys, that hearing on defendant's motions to suppress evidence may be continued from July 1 to July 15, 2005, at 9:00 a.m.

The parties are actively engaged in settlement negotiations and believe it would be useful to continue their discussions before the motion is heard and decided.  Accordingly, defense counsel has yet to file a reply brief.  The parties recognize that time under the Speedy Trial Act continues to be automatically excluded pursuant to 18 U.S.C. §

1  3161(h)(1)(F)(automatic exclusion after motion is filed) and agree that,
2  in light of their ongoing discussions, the additional delay is
3  reasonable.

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

Dated:  June 29, 2005                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KENNETH CRAIG MARTIN


                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  June 29, 2005                   /s/ T. Zindel for L. Ferris
                                        LAURA FERRIS
                                        Assistant U.S. Attorney


**O R D E R**

Hearing on defendant's motions is continued to July 15, 2005, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  June 30, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Briefing Stipulation                    2