```
McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:04-CR-0152 GEB |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| KENNETH CRAIG MARTIN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    WHEREAS, on December 5, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Kenneth Craig Martin forfeiting to the United States the following property:

        a.   HP Pavilion 533W computer, serial number KR30990404.

    AND WHEREAS, on December 15, 22, and 29, 2005, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third

1 | parties of their right to petition the court within thirty (30) days
2 | of the publication date for a hearing to adjudicate the validity of
3 | their alleged legal interest in the forfeited property;
4 |     AND WHEREAS, the Court has been advised that no third party has
5 | filed a claim to the subject property, and the time for any person
6 | or entity to file a claim has expired.
7 |     Accordingly, it is hereby ORDERED and ADJUDGED:
8 |     1.  A Final Order of Forfeiture shall be entered forfeiting to
9 | the United States of America all right, title, and interest in the
10 | above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
11 | of according to law, including all right, title, and interest of
12 | Kenneth Craig Martin.
13 |     2.  All right, title, and interest in the above-described
14 | property shall vest solely in the name of the United States of
15 | America.
16 |     3.  The United States shall maintain custody of and control
17 | over the subject property until it is disposed of according to law.
18 | Dated:  March 10, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge